**Frankie & Gentile, P.C.**
Attorneys at Law
1527 Franklin Avenue
Suite 104
Mineola, New York 11501

James G. Frankie
Joseph A. Gentile

December 12, 2013

Phone: 516-742-6590
Fax: 516-742-6875

By ECF
The Honorable William F. Kuntz II
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1832

    Re:    United States v. Winick, et al., 13-CR-452 (S1) (WFK) (CORT POYNER)

Dear Judge Kuntz:

    It is respectfully requested that Cort Poyner's appearance be excused on December 19, 2013 and that a telephonic conference be permitted with him from Florida at the time of the scheduled status conference. Mr. Poyner will be at a dialysis facility during the status conference. As Your Honor will recall, Mr. Poyner had a past kidney transplant, but contracted MRSA and suffered a stroke after surgery for an aortic valve infection, resulting in hospitalization for nine months in 2009-2010. The Government is aware of these medical circumstances and it will be anticipated that his physical incapacity will have an impact on the administration of his case.

    At this point, it is requested that his presence be excused for December 19, 2013. Mr. Poyner can be reached by telephone at 954-592-6699 during the conference. Mr. Poyner also consents to this office excluding speedy trial time predicated on the complex nature of this case.

Very truly yours,

*[signature]*

Joseph A. Gentile

JAG:pmf